# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETH MCGUIRE,   CASE NO. 3:22-cv-00689

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff, KENNETH MCGUIRE, by and through undersigned legal counsel and pursuant to the applicable Florida Rules of Civil Procedure, hereby files its Notice of Voluntary Dismissal without Prejudice as to Defendant, DOLLAR TREE STORES, INC. only.

Respectfully submitted, August 25, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERITFY** that on this 25th day of August 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF System and served this same day on Defendant's Counsel.

    **BLACKROCK TRIAL LAWYERS**

    By: */s/ Gil Sanchez*
    Gil Sanchez, Esq.
    Florida Bar No. 753981
    201 S. Westland Ave.
    Tampa FL 33606
    Office: 813-254-1777
    Fax: 813-254-3999
    gil@blackrocklaw.com
    litigation@blackrocklaw.com
    Attorney for Plaintiffs