UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH MCGUIRE,

    Plaintiff,

v.                                                        Case No. 3:22-cv-689-TJC-MCR

DOLGENCORP, LLC,

    Defendant.

## O R D E R

Upon review of the Notice of Dismissal (Doc. 5), filed on August 25, 2022, the claims against Dollar Tree Stores, Inc. are dismissed without prejudice. Plaintiff also filed a document entitled "Stipulation to Transfer Venue," signed only by Plaintiff's counsel, in which Plaintiff requests the case be transferred to the Northern District of Florida in the Gainesville Division "for the convenience of the parties and witnesses, and in the interest of justice." (Doc. 6). Defendant, Dolgencorp, LLC, has not been served yet with the Amended Complaint.

Under 28 U.S.C. § 1404(b), a court may transfer venue "[u]pon motion, consent or stipulation of all parties . . . ." Here, Plaintiff's "Stipulation" lacks Defendant's agreement, so it is not a stipulation of all parties. (Doc. 6). If Plaintiff seeks to transfer venue, Plaintiff must either file a motion, or a consent or stipulation signed by both his counsel and Defendant's counsel for the Court to

2

consider the request.[1] Therefore, to the extent Plaintiff asks this Court to transfer venue in his Stipulation (Doc. 6), such request is **DENIED**. The Plaintiff is directed to send Defendant a copy of this Order.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

---

[1] If Plaintiff files a motion, Plaintiff must comply with Local Rule 3.01(g).